**STATE OF TENNESSEE**
**Department of Commerce and Insurance**
**500 James Robertson Parkway**
**Nashville, TN 37243-1131**
PH - 615.532.5260, FX - 615.532.2788
Jerald.E.Gilbert@tn.gov

November 18, 2015

Auto Owners Insurance Company
800 S. Gay St., Ste. 2021, % C T Corp.
Knoxville, TN 37929-9710
NAIC # 18988

Certified Mail
Return Receipt Requested
7015 0640 0007 0049 3921
Cashier # 23033

Re: Martin Walter, Et Al V. Auto Owners Insurance Company

Docket # 2-576-15

To Whom It May Concern:

Pursuant to Tennessee Code Annotated § 56-2-504 or § 56-2-506, the Department of Commerce and Insurance was served November 17, 2015, on your behalf in connection with the above-styled proceeding. Documentation relating to the subject is herein enclosed.

Jerald E. Gilbert
Designated Agent
Service of Process

Enclosures

cc: Circuit Court Clerk
   Knox County
   400 Main Avenue, Rm M-30 C/C Bldg
   Knoxville, Tn 37902



EXHIBIT 1

| _Knox_ County | STATE OF TENNESSEE CIVIL SUMMONS page 1 of 1 | Case Number 2-576-15 |
|---|---|---|

_Martin Walter, et al_ Vs. _Auto Owners Mutual Ins. Co. + Woods_

Served On: Auto Owners Mutual Insurance Co. — 6101 Anacapri Blvd, Lansing MI 48917-3999

c/o Commissioner of the Tennessee Department of Commerce and Insurance
Attn: Service of Process
500 James Robertson Parkway, Nashville, TN 37243-1131

You are hereby summoned to defend a civil action filed against you in the Circuit Court, _Knox_ County, Tennessee. Your defense must be made within thirty (30) days from the date this summons is served upon you. You are directed to file your defense with the clerk of the court and send a copy to the plaintiff's attorney at the address listed below. If you fail to defend this action by the below date, judgment by default may be rendered against you for the relief sought in the complaint.

Issued: _NOVEMBER 10, 2015_

Clerk / Deputy Clerk

Attorney for Plaintiff: _Drew McElroy 1348 Dowell Springs Blvd Knoxville, TN 37909 (865) 357-7171_

### NOTICE OF PERSONAL PROPERTY EXEMPTION

TO THE DEFENDANT(S): Tennessee law provides a ten thousand dollar ($10,000) personal property exemption as well as a homestead exemption from execution or seizure to satisfy a judgment. The amount of the homestead exemption depends upon your age and the other factors which are listed in TCA § 26-2-301. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for your self and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. Please state file number on list.

Mail list to _____, _____ Clerk, _____ County

**ADA** FOR ASSISTANCE CALL 865 / 215-2952

### CERTIFICATION (IF APPLICABLE)

I, _____, _____ Clerk of _____ County do certify this to be a true and correct copy of the original summons issued in this case.

Date: _____

Clerk / Deputy Clerk

**OFFICER'S RETURN:** Please execute this summons and make your return within ninety (90) days of issuance as provided by law.

I certify that I have served this summons together with the complaint as follows: _____

Date: _____ By: _____
Officer, Title

**RETURN ON SERVICE OF SUMMONS BY MAIL:** I hereby certify and return that on _____, I sent postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in the above styled case, to the defendant _____. On _____ I received the return receipt, which had been signed by _____ on _____. The return receipt is attached to this original summons to be filed by the Court Clerk.

Date: _____

Notary Public / Deputy Clerk (Comm. Expires _____)

Signature of Plaintiff _____

Plaintiff's Attorney (or Person Authorized to Serve Process)
(Attach return receipt on back)

_ADA: If you need assistance or accommodations because of a disability, please call _____, ADA Coordinator, at ( ) _____._

Rev. 03/11

## IN THE CIRCUIT COURT FOR KNOX COUNTY, TENNESSEE

MARTIN WALTER, ELIZABETH WALTER, \*
GARY WICHROWSKI, JAN WICHROWSKI, \* Complaint for Damages and
d/b/a B & G PROPERTIES, Breach of Contract

Plaintiffs,

FILED
2015 NOV 6 AM 9:50
CATHERINE F. QUIST
CIRCUIT COURT CLERK

v. \* No. 2-576-15

AUTO OWNERS MUTUAL INS. CO. and \*
CHARLES WOODS, \*

Defendants. \*

---

### COMPLAINT FOR DAMAGES AND BREACH OF CONTRACT

---

Come the Plaintiffs, Martin Walter, Elizabeth Walter, Gary Wichrowski, Jan Wichrowski, d/b/a B & G Properties (hereinafter "B & G" or "Plaintiffs"), and for their cause of action state as follows:

1. Martin and Elizabeth Walters are natural persons and citizens and residents of Knoxville, Knox County, Tennessee.

2. Elizabeth and Gary Wichrowski are natural persons who are citizens and residents of another state who do business, along with Martin and Elizabeth Walters, collectively as B & G Properties. The plaintiffs collectively own the premises referred to herein 7620-22 Clinton Highway, Powell, Tennessee. This property will be referred to herein as the "insured premises".

3. Defendant Auto Owners Mutual Insurance Company (hereinafter "Auto Owners") is a foreign mutual insurance company doing business in the State of

Tennessee, which provides coverage to residents of this State under a number of names, including Auto Owners Insurance Company.

4. Defendant Charles Woods is a natural person and citizen and resident of the State of Tennessee, with his last known address as 1700 West Brush Valley Rd., Knoxville, TN 37849.

5. The transaction and/or occurrence out of which this cause of action arises transpired in Knox County, Tennessee, and, therefore, both jurisdiction and venue in this cause are proper in this Honorable Court.

6. Prior to June 1, 2011, Defendant Auto Owners issued a policy of insurance to the Plaintiffs protecting the insured premises and its contents from the perils listed therein. The policy was identified as Policy No. 004619-03323506-11. The policy also provided coverage for certain damages incurred after the loss.

7. On or about June 1, 2011, a fire and explosion occurred at the insured premises causing damage thereto and the contents therein. Said damage was of the type identified and covered under the policy mentioned above. Plaintiffs also sustained various post loss damages covered under the policy.

8. Upon information and belief, the fire and resulting explosion were caused by Defendant Charles Woods, who through his actions, be they negligent or otherwise, caused the conflagration and explosion which resulted in the Plaintiffs' damages.

9. Plaintiffs have timely performed all conditions precedent to recovery under the policy identified above, including, but not limited to the submission of proofs of loss.

10. Plaintiffs have made demand for full payment of their loss upon Auto Owners, but these demands have gone unanswered.

11. Plaintiffs aver that the actions of Auto Owners set forth herein above constitute a breach of the contract between the parties for which they seek recovery of their contractual damages and pre-judgment interest and costs.

12. Plaintiffs aver that their loss to the insured premises was the proximate result of the actions of Charles Woods, and were caused by him both directly and proximately, for which they seek recovery from Defendant Woods.

Wherefore, Plaintiffs pray unto the Court for relief in the form of monetary damages not to exceed $ 300,000.00, from the Defendants, and each of them along with the pre-judgment interest herein accrued and their costs. A jury of twelve persons is demanded to try the issues joined.

Respectfully submitted this 6th day of November, 2015.

_____
Louis Andrew McElroy, II, BPR 011054
Attorney for Plaintiffs

Of Counsel:
**Law Office of Drew McElroy**
1348 Dowell Springs Blvd.
Knoxville, TN 37909

## Cost Bond

Martin Walter and Elizabeth Walter, Gary Wichrowski and Wichrowski, d/b/a B & G Properties as Principals and Louis Andrew McElroy II as Surety, are firmly bound under the Clerk for the Circuit Court for Knox County, Tennessee for the payment of all costs awarded against the Principals. To that end, we bind ourselves, our heirs, executors, and administrators.

The Principals are commencing an Action in this Court. If the Principals shall pay all costs which are adjudged against them, then this obligation is void. If the Principals fail to pay, then the Surety shall undertake to pay all costs adjudged against the Principals. So bound under T.C.A. § 20-12-120 et. seq.

_____
Louis Andrew McElroy, II
Surety

| Knox County | STATE OF TENNESSEE CIVIL SUMMONS page 1 of 1 | Case Number 2-576-15 |
|---|---|---|

Martin Walter, et al vs. Auto-Owners Mutual Ins. Co. + Woods

Served On:
Auto Owners Mutual Insurance Co. — 6101 Anacapri Blvd, Lansing, MI 48917-3999
c/o Commissioner of the Tennessee Department of Commerce and Insurance
Attn: Service of Process, 500 James Robertson Parkway, Nashville, TN 37243-1131

You are hereby summoned to defend a civil action filed against you in Circuit Court, Knox County, Tennessee. Your defense must be made within thirty (30) days from the date this summons is served upon you. You are directed to file your defense with the clerk of the court and send a copy to the plaintiff's attorney at the address listed below. If you fail to defend this action by the below date, judgment by default may be rendered against you for the relief sought in the complaint.

Issued: _____
Clerk / Deputy Clerk

Attorney for Plaintiff: Drew McElroy 1348 Dowell Springs Blvd
Knoxville, TN 37909  (865) 357-7171

### NOTICE OF PERSONAL PROPERTY EXEMPTION

TO THE DEFENDANT(S): Tennessee law provides a ten thousand dollar ($10,000) personal property exemption as well as a homestead exemption from execution or seizure to satisfy a judgment. The amount of the homestead exemption depends upon your age and the other factors which are listed in TCA § 26-2-301. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for your self and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. Please state file number on list.

Mail list to _____, _____ Clerk, _____ County

### CERTIFICATION (IF APPLICABLE)

I, _____, _____ Clerk of _____ County do certify this to be a true and correct copy of the original summons issued in this case.

Date: _____
Clerk / Deputy Clerk

**OFFICER'S RETURN:** Please execute this summons and make your return within ninety (90) days of issuance as provided by law.

I certify that I have served this summons together with the complaint as follows: _____

Date: _____  By: _____
Officer, Title

**RETURN ON SERVICE OF SUMMONS BY MAIL:** I hereby certify and return that on _____, I sent postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in the above styled case, to the defendant _____. On _____ I received the return receipt, which had been signed by _____ on _____. The return receipt is attached to this original summons to be filed by the Court Clerk.

Date: _____
Notary Public / Deputy Clerk (Comm. Expires _____)

Signature of Plaintiff _____  Plaintiff's Attorney (or Person Authorized to Serve Process)
(Attach return receipt on back)

*ADA: If you need assistance or accommodations because of a disability, please call _____, ADA Coordinator, at ( ) _____.*

*Rev. 03/11*

# IN THE CIRCUIT COURT FOR KNOX COUNTY, TENNESSEE

MARTIN WALTER, ELIZABETH WALTER, \*  FILED
GARY WICHROWSKI, JAN WICHROWSKI \* Complaint for Damages and
d/b/a B & G PROPERTIES, \* Breach of Contract
CATHERINE F. QUIST
Plaintiffs, CIRCUIT COURT CLERK
\*
v. \* No. 2-576-15
\*
AUTO OWNERS MUTUAL INS. CO. and \*
CHARLES WOODS, \*
\*
Defendants. \*

## COMPLAINT FOR DAMAGES AND BREACH OF CONTRACT

Come the Plaintiffs, Martin Walter, Elizabeth Walter, Gary Wichrowski, Jan Wichrowski, d/b/a B & G Properties (hereinafter "B & G" or "Plaintiffs"), and for their cause of action state as follows:

1. Martin and Elizabeth Walters are natural persons and citizens and residents of Knoxville, Knox County, Tennessee.

2. Elizabeth and Gary Wichrowski are natural persons who are citizens and residents of another state who do business, along with Martin and Elizabeth Walters, collectively as B & G Properties. The plaintiffs collectively own the premises referred to herein 7620-22 Clinton Highway, Powell, Tennessee. This property will be referred to herein as the "insured premises".

3. Defendant Auto Owners Mutual Insurance Company (hereinafter "Auto Owners") is a foreign mutual insurance company doing business in the State of

Tennessee, which provides coverage to residents of this State under a number of names, including Auto Owners Insurance Company.

4. Defendant Charles Woods is a natural person and citizen and resident of the State of Tennessee, with his last known address as 1700 West Brush Valley Rd., Knoxville, TN 37849.

5. The transaction and/or occurrence out of which this cause of action arises transpired in Knox County, Tennessee, and, therefore, both jurisdiction and venue in this cause are proper in this Honorable Court.

6. Prior to June 1, 2011, Defendant Auto Owners issued a policy of insurance to the Plaintiffs protecting the insured premises and its contents from the perils listed therein. The policy was identified as Policy No. 004619-03323506-11. The policy also provided coverage for certain damages incurred after the loss.

7. On or about June 1, 2011, a fire and explosion occurred at the insured premises causing damage thereto and the contents therein. Said damage was of the type identified and covered under the policy mentioned above. Plaintiffs also sustained various post loss damages covered under the policy.

8. Upon information and belief, the fire and resulting explosion were caused by Defendant Charles Woods, who through his actions, be they negligent or otherwise, caused the conflagration and explosion which resulted in the Plaintiffs' damages.

9. Plaintiffs have timely performed all conditions precedent to recovery under the policy identified above, including, but not limited to the submission of proofs of loss.

10. Plaintiffs have made demand for full payment of their loss upon Auto Owners, but these demands have gone unanswered.

11. Plaintiffs aver that the actions of Auto Owners set forth herein above constitute a breach of the contract between the parties for which they seek recovery of their contractual damages and pre-judgment interest and costs.

12. Plaintiffs aver that their loss to the insured premises was the proximate result of the actions of Charles Woods, and were caused by him both directly and proximately, for which they seek recovery from Defendant Woods.

Wherefore, Plaintiffs pray unto the Court for relief in the form of monetary damages not to exceed $ 300,000.00, from the Defendants, and each of them along with the pre-judgment interest herein accrued and their costs. A jury of twelve persons is demanded to try the issues joined.

Respectfully submitted this 6th day of November, 2015.

_____
Louis Andrew McElroy, II, BPR 011054
Attorney for Plaintiffs

Of Counsel:
**Law Office of Drew McElroy**
1348 Dowell Springs Blvd.
Knoxville, TN 37909

### Cost Bond

Martin Walter and Elizabeth Walter, Gary Wichrowski and Wichrowski, d/b/a B & G Properties as Principals and Louis Andrew McElroy II as Surety, are firmly bound under the Clerk for the Circuit Court for Knox County, Tennessee for the payment of all costs awarded against the Principals. To that end, we bind ourselves, our heirs, executors, and administrators.

The Principals are commencing an Action in this Court. If the Principals shall pay all costs which are adjudged against them, then this obligation is paid. If the Principals fail to pay, then the Surety shall undertake to pay all costs adjudged against the Principals. So bound under T.C.A. § 20-12-120 et. seq.

_____
Louis Andrew McElroy, II
Surety