Ethics   Rules   Professionalism   Log In   Follow Us

# THE FLORIDA BAR

ABOUT THE BAR   NEWS & EVENTS   FOR THE PUBLIC   MEMBER SERVICES   LOG IN   FIND A LAWYER

Search The Florida Bar

THE FLORIDA BAR / Find A Lawyer / Profile

## Gary Steven Wichrowski

**Member in Good Standing**                                    **Eligible to Practice Law in Florida**

| | |
|---|---|
| Bar Number: | 795070 |
| Mail Address: | 1862 Eagles Pt<br>Apopka, FL 32712-2055<br>United States<br>Office: 321-436-8456 |
| Email: | wichrows@gmail.com |
| Personal Bar URL: | www.floridabar.org/mybarprofile/795070 |
| vCard: | ? |
| County: | Orange |
| Circuit: | 9 |
| Admitted: | 04/25/1989 |
| 10-Year Discipline History: | None |
| Law School: | Thomas M. Cooley Law School |

The Find a Lawyer directory is provided as a public service. The Florida Bar maintains limited basic information about attorneys licensed to practice in the state (e.g., name, address, year of birth, gender, law schools attended, admission year). However, through this directory The Florida Bar allows individual attorneys the opportunity to provide for public information certain expanded personal and professional data. It is the attorney's responsibility to routinely review and update those expanded listings. The information contained in those expanded listings is presented by the Bar "as is" with no warranty of any kind, express or implied. The Florida Bar, its Board of Governors, employees, and agents thereof are not responsible for the accuracy of that additional data. Publication of attorneys' contact information within this listing should not be construed as their consent to receive unsolicited communications in any form. Certain unauthorized uses of this data may result in civil or criminal penalties. The Find a Lawyer directory is not a lawyer referral service.

| About the Bar | News, Events & Publications | For the Public | Member Services | Directories | Research & Professionalism |
|---|---|---|---|---|---|
| President's Page | Daily News Summary | Attorney Discipline | Continuing Legal Education | Lawyers | Ethics Opinions |
| Board of Governors | The Florida Bar News | Consumer Information | Board Certification | Authorized House Counsel | Rules Regulating the Bar |
| Committees | The Florida Bar Journal | Speakers Bureau | Benefits and Discounts | Certified Foreign Legal Consultants | Fastcase Legal Research |
| Sections & Divisions | News Releases | Courts | Employment Opportunities | Law Faculty Affiliates | PRI - Practice Resource Institute |
| What We Do | Calendars | The Vote's in Your Court | Lawyers Advising Lawyers | Florida Registered Paralegals | |
| Past Presidents | Meetings | Fair & Impartial Courts | Florida Lawyers Assistance | Section Membership | |
| Frequently Asked Questions | Media Resources | Clients' Security Fund | E-filing Resources | Board Certified Lawyers | |
| History | Reporter's Handbook | Prepaid Legal Services | Practice Resource Institute | Florida Bar Staff | |
| Strategic Plan & Research | Issue Papers | Pro Bono/Legal Aid | Pro Bono Information | Courts and Judges | |


EXHIBIT 3

Case 3:15-cv-00535-TAV-CCS   Document 1-4   Filed 12/04/15   Page 1 of 4   PageID #: 27
http://www.floridabar.org/wps/portal/flbar/home/attysearch/mprofile/!ut/p/a1/jc_LDoIwE...   11/30/2015

| Working at the Bar | Publications | Unlicensed Practice of Law | Legislative Activity | Legal Groups and Law Schools |
| --- | --- | --- | --- | --- |
| Contact Us | | Lawyer Referral Service | Lawyer Referral Service | Judicial Nominating Commission |
| Diversity | | | Voluntary Bar Center | |
| Leadership Academy | | | | |

Ethics   Rules   Professionalism   Log In   Follow Us

# THE FLORIDA BAR

ABOUT THE BAR   NEWS & EVENTS   FOR THE PUBLIC   MEMBER SERVICES   LOG IN   FIND A LAWYER

Search The Florida Bar

THE FLORIDA BAR / Find A Lawyer / Profile

## Jan K Wichrowski

**Member in Good Standing**  **Eligible to Practice Law in Florida**

| | |
|---|---|
| Bar Number: | 381586 |
| Mail Address: | The Florida Bar<br>1000 Legion Pl Ste 1625<br>Orlando, FL 32801-1050<br>United States<br>Office: 407-425-5424 |
| Email: | jwichrow@flabar.org |
| Personal Bar URL: | www.floridabar.org/mybarprofile/381586 |
| vCard: | |
| County: | Orange |
| Circuit: | 9 |
| Admitted: | 12/05/1983 |
| 10-Year Discipline History: | None |

The Find a Lawyer directory is provided as a public service. The Florida Bar maintains limited basic information about attorneys licensed to practice in the state (e.g., name, address, year of birth, gender, law schools attended, admission year). However, through this directory The Florida Bar allows individual attorneys the opportunity to provide for public information certain expanded personal and professional data. It is the attorney's responsibility to routinely review and update those expanded listings. The information contained in those expanded listings is presented by the Bar "as is" with no warranty of any kind, express or implied. The Florida Bar, its Board of Governors, employees, and agents thereof are not responsible for the accuracy of that additional data. Publication of attorneys' contact information within this listing should not be construed as their consent to receive unsolicited communications in any form. Certain unauthorized uses of this data may result in civil or criminal penalties. The Find a Lawyer directory is not a lawyer referral service.

| About the Bar | News, Events & Publications | For the Public | Member Services | Directories | Research & Professionalism |
|---|---|---|---|---|---|
| President's Page | Daily News Summary | Attorney Discipline | Continuing Legal Education | Lawyers | Ethics Opinions |
| Board of Governors | The Florida Bar News | Consumer Information | Board Certification | Authorized House Counsel | Rules Regulating the Bar |
| Committees | The Florida Bar Journal | Speakers Bureau | Benefits and Discounts | Certified Foreign Legal Consultants | Fastcase Legal Research |
| Sections & Divisions | News Releases | Courts | Employment Opportunities | Law Faculty Affiliates | PRI - Practice Resource Institute |
| What We Do | Calendars | The Vote's in Your Court | Lawyers Advising Lawyers | Florida Registered Paralegals | Henry Latimer Center for Professionalism |
| Past Presidents | Meetings | Fair & Impartial Courts | Florida Lawyers Assistance | Section Membership | |
| Frequently Asked Questions | Media Resources | Clients' Security Fund | E-filing Resources | Board Certified Lawyers | |
| History | Reporter's Handbook | Prepaid Legal Services | Practice Resource Institute | Florida Bar Staff | |
| Strategic Plan & Research | Issue Papers | Pro Bono/Legal Aid | Pro Bono Information | Courts and Judges | |
| Working at the Bar | | Unlicensed Practice of Law | Legislative Activity | | |

Case 3:15-cv-00535-TAV-CCS  Document 1-4  Filed 12/04/15  Page 3 of 4  PageID #: 29

https://www.floridabar.org/wps/portal/flbar/home/attysearch/mprofile/!ut/p/a1/jc_LDo1wE...  12/3/2015

| Contact Us | Publications | Lawyer Referral Service | Lawyer Referral Service | Legal Groups and Law Schools |
|---|---|---|---|---|
| Diversity | | | Voluntary Bar Center | Judicial Nominating Commission |
| Leadership Academy | | | | |