IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | | |
|---|---|---|
| MARTIN WALTER and | ) | |
| ELIZABETH WALTER, and | ) | |
| GARY WICHROWSKI and | ) | |
| JAN WICHROWSKI, d/b/a | ) | |
| B & G PROPERTIES, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:15-CV-535 |
| | ) | |
| AUTO OWNERS MUTUAL | ) | Removed from Knox County |
| INSURANCE COMPANY, and | ) | Circuit Court, No. 2-576-15 |
| CHARLES WOODS, | ) | |
| | ) | |
| Defendants. | ) | |

CERTIFICATE OF CORPORATE INTEREST FOR
AUTO-OWNERS INSURANCE COMPANY

Pursuant to Rule 7.1 of Federal Rules of Civil Procedure, Auto-Owners Insurance Company makes the following disclosure:

1. All parent corporations, if any, of the named party: None.

2. All publically held companies, if any, that own ten percent (10%) or more of the named party's stock: None.

1

Respectfully submitted this 4th day of December, 2015.

> WOOLF, McCLANE, BRIGHT, ALLEN & CARPENTER, PLLC
>
> By: *s/*Dean T. Howell
>     Howard E. Jarvis, BPR No. 006673
>     *jarvish@wmbac.com*
>     Dean T. Howell, BPR No. 022130
>     *dhowell@wmbac.com*
>     April A. Carr, BPR No. 029092
>     *acarr@wmbac.com*
>
> Post Office Box 900
> Knoxville, Tennessee 37901-0900
> Telephone: (865) 215-1000
>
> *Attorneys for Defendant Auto-Owners Insurance Company*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 4, 2015, a copy of the foregoing Certificate of Corporate Interest was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

      Louis Andrew McElroy II, Esq.
      Law Office of Drew McElroy
      1348 Dowell Springs Boulevard
      Knoxville, TN 37909

      Charles Woods
      1700 West Brushy Valley Road
      Knoxville, TN  37849

      s/   Dean T. Howell, Esq.

      Dean T. Howell, Esq., BPR 022130

      WOOLF, McCLANE, BRIGHT,
        ALLEN & CARPENTER, PLLC
      Post Office Box 900
      Knoxville, Tennessee  37901-0900
      (865) 215-1000