IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | |
|---|---|
| MARTIN WALTER and ELIZABETH WALTER, and GARY WICHROWSKI and JAN WICHROWSKI, d/b/a B & G PROPERTIES, | ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) No. 3:15-CV-535 |
| AUTO OWNERS MUTUAL INSURANCE COMPANY, and CHARLES WOODS, | ) ) Removed from Knox County ) Circuit Court, No. 2-576-15 ) ) |
| Defendants. | ) |

**WRITTEN NOTICE TO ADVERSE PARTIES OF REMOVAL
AND CERTIFICATION OF NOTICE TO STATE COURT CLERK**

COMES NOW Defendant Auto-Owners Insurance Company ("Auto-Owners"), identified as Auto Owners Mutual Insurance Company in the complaint filed by Plaintiffs on November 6, 2015 in the Circuit Court for Knox County, Tennessee, by and through counsel, and pursuant to 28 U.S.C. § 1446 and hereby gives written notice to adverse parties that a Notice of Removal based upon diversity of citizenship and the doctrine of fraudulent joinder was filed in the above-captioned lawsuit on December 4, 2015. Defendant Auto-Owners, through its counsel, also certifies that a notice of said filing and a copy of the Notice of Removal were sent for filing to the Circuit Court for Knox County, Tennessee, on December 4, 2015.

1

Respectfully submitted this 4th day of December, 2015.

> WOOLF, McCLANE, BRIGHT, ALLEN &
>   CARPENTER, PLLC
>
> By: *s/*Dean T. Howell
>   Howard E. Jarvis, BPR No. 006673
>   *jarvish@wmbac.com*
>   Dean T. Howell, BPR No. 022130
>   *dhowell@wmbac.com*
>   April A. Carr, BPR No. 029092
>   *acarr@wmbac.com*
> Post Office Box 900
> Knoxville, Tennessee 37901-0900
> Telephone: (865) 215-1000
>
> *Attorneys for Defendant Auto-Owners Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2015, a copy of the foregoing Written Notice to Adverse Parties of Removal and Certification of Notice to State Court Clerk was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

> Louis Andrew McElroy II, Esq.
> Law Office of Drew McElroy
> 1348 Dowell Springs Boulevard
> Knoxville, TN 37909
>
> Charles Woods
> 1700 West Brushy Valley Road
> Knoxville, TN 37849

> s/ Dean T. Howell, Esq.
>
> Dean T. Howell, Esq., BPR 022130
>
> WOOLF, McCLANE, BRIGHT,
>   ALLEN & CARPENTER, PLLC
> Post Office Box 900
> Knoxville, Tennessee 37901-0900
> (865) 215-1000

3