# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| MARTIN WALTER, ) | |
| ELIZABETH WALTER, ) | |
| GARY WICHROWSKI, ) | |
| JAN WICHROWSKI, ) | |
| *d/b/a B&G PROPERTIES*, ) | JUDGMENT IN A CIVIL CASE |
| ) | |
| Plaintiffs, ) | Case Number 3:15-CV-535 |
| ) | |
| V. ) | |
| AUTO-OWNERS MUTUAL ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

X   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict

   IT IS ORDERED AND ADJUDGED that the jury unanimously finds that the plaintiffs, MARTIN WALTER, ELIZABETH WALTER, GARY WICHROWSKI and JAN WICHROWSKI, d/b/a B&G PROPERTIES, have proven by a preponderance of the evidence that an explosion occurred in plaintiffs' building on June 1, 2011.  The jury also found that plaintiffs, MARTIN WALTER, ELIZABETH WALTER, GARY WICHROWSKI and JAN WICHROWSKI, d/b/a B&G PROPERTIES, have proven by a preponderance of the evidence that an explosion caused damages to plaintiffs' insured building.  Damages owed by the defendant, AUTO-OWNERS MUTUAL INSURANCE COMPANY, pursuant to all applicable terms, conditions, and limitations of the insurance policy regarding damages in the amount of Three Hundred, Thirty-Two Thousand dollars ($332,000.00).

                    ENTERED   John L. Medearis, Clerk of Court

Date  November 21, 2018

                     By:         s/Julie Norwood
                              Deputy Clerk