# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# NORTHERN DIVISION

| | |
|---|---|
| **MARTIN WALTER, ELIZABETH WALTER, GARY WICHROWSKI, JAN WICHROWSKI, d/b/a B & G PROPERTIES,** | )<br>)<br>)<br>) |
| **Plaintiffs,** | )<br>) |
| v. | ) No. 3:15-CV-535 |
| | ) |
| **AUTO OWNERS MUTUAL INSURANCE COMPANY,** | )<br>)<br>) |
| **Defendant.** | ) |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Auto-Owners Insurance Mutual Insurance Company, also referred to in this case as Auto-Owners Insurance Company, hereby appeals to the United States Court of Appeals for the Sixth Circuit from a Judgment entered by the District Court on November 21, 2018, [Doc. 128] and the subsequent Memorandum Opinion and Order on July 26, 2019, [Doc. 138] denying Defendant's Rule 59 Motion for a New Trial and Rule 50 Renewed Motion for Judgment as a Matter of Law, and all other interlocutory decisions rendered final by the Judgment.

Respectfully submitted this 23rd day of August, 2019.

>WOOLF, McCLANE, BRIGHT, ALLEN & CARPENTER, PLLC
>
>By: *s/*Dean T. Howell
>    Howard E. Jarvis, BPR No. 006673
>    *jarvish@wmbac.com*
>    Dean T. Howell, BPR No. 022130
>    *dhowell@wmbac.com*
>    Post Office Box 900
>    Knoxville, Tennessee 37901-0900
>    Telephone: (865) 215-1000
>
>*Attorneys for Defendant Auto-Owners Mutual Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2019, a copy of the foregoing Notice of Appeal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

Louis Andrew McElroy, II, Esq.
Law Office of Drew McElroy
1348 Dowell Springs Boulevard
Knoxville, TN 37909

>s/ Dean T. Howell, Esq.
>
>Dean T. Howell, Esq., BPR 022130
>
>WOOLF, McCLANE, BRIGHT,
>  ALLEN & CARPENTER, PLLC
>Post Office Box 900
>Knoxville, Tennessee 37901-0900
>(865) 215-1000

2

4382557.1
Case 3:15-cv-00535-TAV-DCP   Document 140   Filed 08/23/19   Page 2 of 2   PageID #: 4115