IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHERN DIVISION

| | | |
|---|---|---|
| MARTIN WALTER, | ) | |
| ELIZABETH WALTER, | ) | |
| GARY WICHROWSKI | ) | |
| JAN WICHROWSKI, d/b/a | ) | |
| B & G PROPERTIES, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:15-CV-535 |
| | ) | |
| AUTO-OWNERS MUTUAL | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL
## WITH PREJUDICE

COMES NOW Plaintiffs Martin Walter, Elizabeth Walter, Gary Wichrowski, Jan Wichrowski d/b/a B & G Properties, by and through undersigned counsel, and Defendant Auto-Owners Mutual Insurance Company, by and through counsel, respectfully submit this Stipulation of Dismissal With Prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. This dismissal is with prejudice and the parties agree, pursuant to this filing, that the Judgment entered by the Court on November 21, 2018 (Doc. No. 128) is deemed satisfied and is released. This concludes this case. A Stipulation of Dismissal has also been filed in the United States Court of Appeals for the Sixth Circuit. Each party is to bear its own attorney's fees and discretionary costs.

Respectfully submitted this 10th day of December, 2019.

        *s/*Louis Andrew McElroy by permission
        Louis Andrew McElroy, II, Esq., BPR #011054
        Law Office of Drew McElroy
        1348 Dowell Springs Boulevard
        Knoxville, TN 37909
        Telephone: 865-357-7171

        *Attorney for Plaintiffs*


        WOOLF, McCLANE, BRIGHT, ALLEN &
          CARPENTER, PLLC

        By: s/Dean T. Howell
        Howard E. Jarvis, BPR No. 006673
        jarvish@wmbac.com
        Dean T. Howell, BPR No. 022130
        dhowell@wmbac.com
        Post Office Box 900
        Knoxville, Tennessee 37901-0900
        Telephone: (865) 215-1000

        *Attorneys for Defendant Auto-Owners Mutual Insurance Company*

## CERTIFICATE OF SERVICE

      I hereby certify that on December 10, 2019, a copy of the foregoing Stipulation of Dismissal With Prejudice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

      Louis Andrew McElroy, II, Esq.
      Law Office of Drew McElroy
      1348 Dowell Springs Boulevard
      Knoxville, TN 37909

      s/ Dean T. Howell, Esq.
      Dean T. Howell, Esq., BPR 022130
      WOOLF, McCLANE, BRIGHT,
        ALLEN & CARPENTER, PLLC
      Post Office Box 900
      Knoxville, Tennessee 37901-0900
      (865) 215-1000

3

4433432.1
Case 3:15-cv-00535-TAV-DCP   Document 150   Filed 12/10/19   Page 3 of 3   PageID #: 4177